ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111`
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant,
ACCOUNTNOW, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HALAVAIS, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCOUNTNOW, INC.,<br><br>Defendant. | Case No. 3:12-cv-01921-BEN-RBB<br>Hon. Roger T. Benitez<br><br>**CLASS ACTION**<br><br>**JOINT MOTION AND STIPULATION FOR DISMISSAL OF CLASS CLAIMS AND STAY OF CASE PENDING ARBITRATION**<br><br>Action Filed:   August 3, 2012 |

COME NOW Plaintiff Richard Halavais ("Plaintiff") and Defendant AccountNow, Inc. ("Defendant") (collectively, the "Parties") and, jointly recite and move for a stay of proceeding as follows:

1. The parties agree that an arbitration agreement and class action waiver provision exists in the Cardholder agreement between Plaintiff and Defendant;

2. Defendant desires to enforce the arbitration agreement, including its class action waiver provision, and intended to move to compel the same in this case;

1       3.      During the meet and confer process, Plaintiff agrees not to oppose the motion and agrees to proceed to arbitration and on an individual basis only; accordingly

        4.      The parties hereby stipulate to an order i) compelling the parties to attend arbitration; ii) enforcing the class action waiver in the arbitration agreement and dismissing the claims of class members asserted in the Plaintiff's Complaint, without prejudice; and iii) staying this action pending the outcome of arbitration.

**SO STIPULATED.**

DATED:  September 19, 2012          SEVERSON & WERSON
                                    A Professional Corporation


                                    By:     *s/ Eric J. Troutman*
                                    Attorney for Defendant
                                    AccountNow, Inc.
                                    E-mail: ejt@severson.com


DATED:  September 19, 2012          KAZEROUNIAN LAW GROUP


                                    By:     *s/ Abbas Kazerounian*
                                    Attorney for Plaintiff
                                    Richard Halavais
                                    E-mail: ak@kazlg.com

12301.0001/2380031.1                              2
Joint Motion of Parties to Dismiss Class Claims  and Stay Case Pending Arbitration
3:12-cv-01921-BEN-RBB 3:12-cv-01921-BEN-RBB

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Abbas Kazerounian, counsel for Richard Halavais, and that I have obtained Mr. Kazerounian's authorization to affix his electronic signature to this document.

DATED:  September 19, 2012      SEVERSON & WERSON
                                A Professional Corporation


                                By:  *s/ Eric J. Troutman*
                                     ERIC J. TROUTMAN
                                Attorneys for Defendant
                                AccountNow, Inc.

**CERTIFICATE OF SERVICE**
*Halavais v. AccountNow, Inc. Bank, N.A.*
USDC – Southern District Case No. 3:12-cv-01921-BEN-RBB

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On September 19, 2012, I served true copies of the following document(s):

**JOINT MOTION AND STIPULATION FOR DISMISSAL OF CLASS CLAIMS AND STAY OF CASE PENDING ARBITRATION**

on the interested parties in this action as follows:

| | |
|---|---|
| Abbas Kazerounian, Esq.<br>S. Mohammad Kazerouni, Esq.<br>Assal Assassi, Esq.<br>KAZEROUNI LAW GROUP, APC<br>2700 N. Main Street, Suite 1000<br>Santa Ana, CA  92705 | Attorneys for Plaintiff<br>RICHARD HALAVAIS<br><br>Telephone:   (800) 400-6808<br>Facsimile:    (800) 520-5523<br>Email:           ak@kazlg.com<br>                    mike@kazlg.com<br>                    assal@kazlg.com |
| Robert L. Hyde, Esq.<br>Joshua B. Swigart, Esq.<br>HYDE & SWIGART<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA  92108 | Attorneys for Plaintiff<br>RICHARD HALAVAIS<br><br>Telephone:   (619) 233-7770<br>Facsimile:    (619) 297-1022<br>Email:           bob@westcoastlitigation.com<br>                    josh@westcoastlitigation.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 19, 2012, at Irvine, California.

               *s/ Eric J. Troutman*
               Eric J. Troutman

12301.0001/2380031.1